**United States District Court**
For the Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  OPENDNS, INC.,                           No. 5:11-cv-05101 EJD
8           Plaintiff(s),
                                            CLERK'S NOTICE RESETTING CASE
9        v.                                 MANAGEMENT CONFERENCE
10 PAXFIRE, INC.,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT in light of the recent case reassignment a case management
16
   conference has been set before Judge Edward J. Davila has been set for **April 27, 2012 at 10:00**
17
   **AM** in Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California. On or before **April 20,**
18
   **2012**, the parties shall file a joint case management conference statement.
19
   Dated: October 28, 2011
20
                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk
21
22
                                            by: _Elizabeth C. Garcia_
23                                              Elizabeth C. Garcia
                                                Courtroom Deputy
24
25
26
27
28