1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendant
   PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OpenDNS, Inc., | Case No. CV11-05101 EJD |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| PAXFIRE, INC., | |
| Defendant. | Complaint Filed:   October 18, 2011<br>Trial Date:            None Set |

STIPULATION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT                                                                 CV11-05101 EJD

IT IS HEREBY STIPULATED AND AGREED between plaintiff OpenDNS, Inc. and defendant Paxfire, Inc. that pursuant to Civil Local Rule 6-1(a):

Defendant will file its response to the Complaint no later than December 8, 2011.

Dated: November 4, 2011        BERGESON, LLP

                               /s/
                               Melinda M. Morton

                               Attorneys for Defendant
                               PAXFIRE, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 7, 2011        NIXON PEABODY LLP

                               By: /s/
                                   Robert E. Krebs

                               Attorneys for Plaintiff
                               OpenDNS, Inc.

- 1 -

STIPULATION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT                                   C11-05101 EJD