MICHAEL J. SACKSTEDER (CSB NO. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
OpenDNS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OpenDNS, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PAXFIRE, INC., <br><br> Defendant. | Case No.: 5:11-cv-05101-EJD <br><br> **NOTIC OF APPEARANCE OF BRYAN A. KOHM** |

NOTICE OF APPEARANCE　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 5:11-cv-05101-EJD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Bryan A. Kohm of Fenwick & West LLP, hereby enters his appearance on behalf of Plaintiff OpenDNS, Inc. Mr. Kohm's e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

Bryan A. Kohm: bkohm@fenwick.com; anolen@fenwick.com.

Dated: December 1, 2011     Fenwick & West LLP

By:    /s/ *Bryan A. Kohm*
       Bryan A. Kohm

Attorneys for Plaintiff
OpenDNS, Inc.