1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Defendant
   PAXFIRE, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | OpenDNS, Inc.,                          | Case No. CV11-05101 EJD
14 |                                         |
   |                           Plaintiff,    | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**
15 |        vs.                              |
16 | PAXFIRE, INC.,                          | Judge: Hon. Judge Edward J. Davila
   |                                         | Ctrm:  1, 5th Floor
17 |                           Defendant.    |
   |                                         | Complaint Filed:    October 18, 2011
18 |                                         | Trial Date:         None Set

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned hereby makes the following disclosure: PaxFire, Inc. has no parent corporations or other entities owning 10% or more of its stock, and there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: January 17, 2012         BERGESON, LLP


                                /s/
                                Jaideep Venkatesan

                                Attorneys for Defendant
                                PAXFIRE, INC.