DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENDNS, INC.,<br><br>                          Plaintiff,<br><br>     vs.<br><br>PAXFIRE, INC.,<br><br>                          Defendant. | Case No. CV11-05101 EJD<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Judge: Hon. Judge Edward J. Davila<br>Ctrm:  4, 5th Floor<br><br>Complaint Filed:     October 18, 2011<br>Trial Date:              None Set |

Defendant Paxfire, Inc. hereby substitutes:

| | |
|---|---|
| Brent D. Rafferty, Esq.<br>California Bar No. 221300<br>Farney Daniels LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, TX 78626<br>Phone (512) 582-2828<br>Facsimile (512)-582-2829<br>Email brafferty@farneydaniels.com | Steven R. Daniels, Esq.<br>California Bar No. 235398<br>Farney Daniels LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, TX 78626<br>Phone (512) 582-2828<br>Facsimile (512)-582-2829<br>Email sdaniels@farneydaniels.com |

as attorneys of record in place and stead of Melinda M. Morton, Esq. and Jaideep Venkatesan, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200.

I CONSENT TO THIS SUBSTITUTION:

Dated: May 8, 2012          BERGESON, LLP

                                                  /s/
                                         Melinda M. Morton

Dated: May 8, 2012          FARNEY DANIELS LLP


                                         Brent D. Rafferty, Esq.

SUBSTITUTION OF ATTORNEY IS HEREBY ____ ACCEPTED     ____ DENIED.

Dated: _____, 2012
                                         Hon. Edward J. Davila
                                         United States District Court Judge

- 1 -
SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                    CV11-05101 EJD

Defendant Paxfire, Inc. hereby substitutes:

| | |
|---|---|
| Brent D. Rafferty, Esq. | Steven R. Daniels, Esq. |
| California Bar No. 221300 | California Bar No. 235398 |
| Farney Daniels LLP | Farney Daniels LLP |
| 800 S. Austin Ave., Suite 200 | 800 S. Austin Ave., Suite 200 |
| Georgetown, TX 78626 | Georgetown, TX 78626 |
| Phone (512) 582-2828 | Phone (512) 582-2828 |
| Facsimile (512)-582-2829 | Facsimile (512)-582-2829 |
| Email brafferty@farneydaniels.com | Email sdaniels@farneydaniels.com |

as attorneys of record in place and stead of Melinda M. Morton, Esq. and Jaideep Venkatesan, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200.

I CONSENT TO THIS SUBSTITUTION:

Dated: May 8, 2012                   BERGESON, LLP

                                     /s/
                                     _____
                                     Melinda M. Morton

Dated: May 8, 2012                   FARNEY DANIELS LLP

                                     _____
                                     Brent D. Rafferty, Esq.

SUBSTITUTION OF ATTORNEY IS HEREBY ____ ACCEPTED ____ DENIED.

Dated: ___May 9___, 2012             _____
                                     Hon. Edward J. Davila
                                     United States District Court Judge

-1-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                      CV11-05101 EJD