MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
OpenDNS, Inc.

**IT IS SO ORDERED**
Judge Edward J. Davila
5/16/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OpenDNS, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PAXFIRE, INC. and HALSEY MINOR, <br><br> Defendants. | Case No.: 5:11-cv-05101-EJD <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HALSEY MINOR** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff OpenDNS, Inc. voluntarily dismisses without prejudice Defendant Halsey Minor from this Action. This notice of dismissal is being filed with the Court before service by Defendant Halsey Minor of either an answer or a motion for summary judgment. For clarity, this dismissal does not include Defendant Paxfire, Inc. or any other party.

Dated: May 15, 2012

FENWICK & WEST LLP

By: *s/ Bryan A. Kohm*
    Bryan A. Kohm

Attorneys for Plaintiff
OpenDNS, Inc.

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT HALSEY MINOR

Case No.:5:11-cv-05101-EJD