IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENDNS, INC., | CASE NO. 5:11-cv-05101 EJD |
| Plaintiff(s), | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |
| v. | |
| PAXFIRE, INC., | [Docket Item No(s). 53] |
| Defendant(s). | |

Pursuant to Section I(A) of the undersigned's Standing Order for Patent Cases, any disputes regarding any party's Patent Disclosures are referred to the assigned Magistrate Judge. Accordingly, Plaintiff's Motion to Strike Amended Infringement Contentions (Docket Item No. 53) must be re-noticed before Magistrate Judge Howard R. Lloyd. The deadlines and hearing scheduled before District Judge Edward J. Davila are TERMINATED.

**IT IS SO ORDERED.**

Dated: February 12, 2013

EDWARD J. DAVILA
United States District Judge