*E-FILED: March 13, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPENDNS, INC.,

     Plaintiff,

  v.

SELECT NOTIFICATIONS MEDIA, LLC,

     Defendant.

_____/

No. C11-05101 EJD (HRL)

**ORDER AMENDING BRIEFING SCHEDULE**

   In light of the fact that, on March 12, 2013, Plaintiff filed its Opposition to Defendant's motion for leave to amend infringement contentions, Defendant's Reply to the motion is now due March 19, 2013.  The Court will hold hearings on Plaintiff's motion to strike amended infringement contentions and Defendant's motion for leave to amend infringement contentions on **April 9, 2013 at 10:00 a.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

   **IT IS SO ORDERED.**

Dated: March 13, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **C11-05101 EJD (HRL) Order will be electronically mailed to:**

2   Bryan A. Kohm bkohm@fenwick.com, anolen@fenwick.com

3   Erin Anne Simon esimon@fenwick.com, rpelayo@fenwick.com

4   Jennifer Hayes jenhayes@nixonpeabody.com, hbuckley@nixonpeabody.com,
    prwilson@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com,
5   wanthony@nixonpeabody.com

6   Jia-geng Lu jlu@farneydaniels.com

7   Jonathan Daniel Baker jbaker@farneydaniels.com, FDLitSupport@farneydaniels.com,
    MGoss@farneydaniels.com
8
    Michael John Sacksteder msacksteder@fenwick.com, gdunlap@fenwick.com, jphan@fenwick.com
9
    Robert Edward Krebs rkrebs@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com
10
    Ronald Frank Lopez rflopez@nixonpeabody.com, kkappler@nixonpeabody.com,
11  sf.managing.clerk@nixonpeabody.com

12  Steven R. Daniels SDaniels@farneydaniels.com

13  Steven Robert Daniels sdaniels@farneydaniels.com, FDLitSupport@farneydaniels.com,
    jlu@farneydaniels.com, lsun@farneydaniels.com, mjacob@farneydaniels.com
14
    **Counsel are responsible for distributing copies of this document to co-counsel who have not**
15  **registered for e-filing under the court's CM/ECF program.**

16

17

18

19

20

21

22

23

24

25

26

27

28

2