UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 1 hr 20 mins (tut)
2 hrs (CC)

## CIVIL MINUTES

Judge: **Edward J. Davila**
Date: **April 19, 2013**
Case No.: **C-11-05101 EJD**
Related Case No.: **N/A**

Courtroom Deputy: **Elizabeth Garcia**
Court Reporter: **Irene Rodriguez**
Special Master: **N/A**
Interpreter: **N/A**

## CASE TITLE

Open DNS Inc. v. Select Notifications Media, LLC.

## APPEARANCES

Attorney(s) for Plaintiff(s): Michael Sacksteder, Bryan Kohm, Erin Simon
Attorney(s) for Defendant(s): Steven Daniels, Jacqueline Lu

## PROCEEDINGS

1. Tutorial Hearing
2. Claims Construction

## ORDER AFTER HEARING

Tutorial Hearing held. Claims construction held. The Court to issue further Order on Claims Construction.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: