United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENDNS, INC., | CASE NO. 5:11-cv-05101 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |
| v. | |
| SELECT NOTIFICATIONS MEDIA, LLC, | [Docket Item No(s). 116] |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-2, Defendant Select Notifications Media, LLC shall file its written opposition to Plaintiff OpenDNS, Inc.'s Motion for Relief from Non-Dispositive Pretrial Order (Docket Item No. 116), if any, **on or before July 5, 2013.** The opposition brief shall not exceed five (5) pages in length. No reply brief shall be filed or considered. The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: June 26, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-05101 EJD
ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER