1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OpenDNS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>SELECT NOTIFICATIONS MEDIA, LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No.: 5:11-cv-05101-EJD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. Edward J. Davila |

IT IS HEREBY STIPULATED AND AGREED by OpenDNS, Inc. ("OpenDNS") and Select Notifications Media, LLC ("Select Notifications") by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in this action between OpenDNS and Select Notifications are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees and expenses.

Dated:   July 18, 2013          FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder

Attorneys for OpenDNS, Inc.

Dated:   July 18, 2013          FARNEY DANIELS PC

By: */s/ Steven R. Daniels*
Steven R. Daniels

Attorneys for Select Notifications Media, LLC

**SO ORDERED.**  The Clerk shall close this file.

Dated: July ___19___, 2013

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE